IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIE MORRIS CLAY, II, | ) | No. C 14-2932 RMW (PR) |
| Plaintiff, | ) ) | ORDER GRANTING EXTENSION OF TIME TO FILE AMENDED COMPLAINT |
| v. | ) ) ) | |
| COUNTY OF CONTRA COSTA BOARD OF SUPERVISORS, et al., | ) ) ) | |
| Defendants. | ) ) | (Docket No. 8.) |

Plaintiff, a California state prisoner proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On October 6, 2014, the court issued an order dismissing plaintiff's complaint with leave to amend within thirty days. (Docket No. 5.) On October 29, 2014, plaintiff filed a motion requesting an extension of time to file an amended complaint. (Docket No. 8.) Plaintiff states that on October 14, 2014, he submitted a request for access to the prison law library but, as of the date of his motion, the request has not been granted.

Having shown good cause, plaintiff's motion is **GRANTED**. Plaintiff shall file an amended complaint **within thirty (30) days** of the filing date of this order. The amended complaint must include the caption and civil case number used in this order (C 14-2932 RMW (PR)) and the words AMENDED COMPLAINT on the first page. **Failure to file an amended complaint within the time proscribed and in accordance with the court's October 6, 2014 order may result in a finding that further leave to amend would be futile and this action**

Order Granting Extension of Time to File Amended Complaint
P:\PRO-SE\RMW\CR.14\Clay932eot-ac.wpd

1 | **will be dismissed.**

2 | This order terminates docket number 8.

3 | IT IS SO ORDERED.

4 | DATED: _____

5 | RONALD M. WHYTE
United States District Judge

Order Granting Motion for Extension of time to file Amended Complaint
P:\PRO-SE\RMW\CR.14\Clay932eot-ac.wpd            2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

WILLIE M CLAY II,

        Plaintiff,

  v.

CONTRA COSTA COUNTY et al,

        Defendant.

Case Number: CV14-02932 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 17, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Willie Morris Clay AR3562 / B8-117
Pelican Bay State Prison
PO Box 7500
Crescent City, CA 95531

Dated: December 17, 2014

                              Richard W. Wieking, Clerk
                              By: Jackie Lynn Garcia, Deputy Clerk