**E-FILED**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE MORRIS CLAY, II, | No. C 14-2932 RMW (PR) |
| Plaintiff, | JUDGMENT |
| v. | |
| COUNTY OF CONTRA COSTA BOARD OF SUPERVISORS, et al., | |
| Defendants. | |

The court has dismissed the instant action. A judgment of dismissal with prejudice is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: _____

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

P:\PRO-SE\RMW\CR.14\Clay932jud.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE M CLAY II, | Case Number: CV14-02932 RMW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| CONTRA COSTA COUNTY et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 29, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Willie Morris Clay AR3562 / B8-117
Pelican Bay State Prison
PO Box 7500
Crescent City, CA 95531

Dated: May 29, 2015

Richard W. Wieking, Clerk
By: Jackie Lynn Garcia, Deputy Clerk